**TRUSTEES FOR ALASKA, et al.,
Plaintiffs/Appellees,**

v.

**James G. WATT, Secretary of the Interior, et al., Defendants/Appellants.**

**No. 82–3107.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 19, 1982.

Decided Oct. 26, 1982.

Anne S. Almy, Appellate Section, Washington, D. C., for defendants/appellants.

Robert E. Mintz, Anchorage, Alaska, for plaintiffs/appellees.

Before PREGERSON, ALARCON, and NELSON, Circuit Judges.

PER CURIAM:

On the basis of the district court's thorough and well-reasoned opinion, reported at 524 F.Supp. 1303 (1981), the judgment of the district court is AFFIRMED.